O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP PEREZ,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>COUNTY OF RIVERSIDE, *et al.*,<br><br>　　　　　　Defendants. | Case No. ED CV 15-1287 PSG (JCG)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record. No objections to the Report and Recommendation have been filed.

//
//
//
//
//
//
//
//

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;
2. Judgment be entered dismissing this action without prejudice; and
3. The Clerk serve copies of this Order and the Judgment on the parties.

DATED: 4/8/16

HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE