JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP PEREZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF RIVERSIDE, *et al.*,<br><br>　　　　　Defendants. | Case No. ED CV 15-1287 PSG (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: 4/8/16

　　　　　　　　　　　　　　　　　　　HON. PHILIP S. GUTIERREZ
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE